JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as req by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for th of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

UNITED STATES OF AMERICA

**DEFENDANTS**  Claim Number(s):20299/20366

PAULA A. WYLIE    B-01-031

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Cameron
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

United States District Court
Southern District of Texas
FILED

FEB 20 2001

Michael N. Milby
Clerk of Court

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

M. H. Cersonsky
Alonso, Cersonsky & Garcia, P.C.
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLA AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☒ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization A. |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determinat Under Equal Access to Ju |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

RECOVERY OF FUNDS EXPENDED BY PLAINTIFF UNDER THE NATIONAL DIRECT STUDENT LOAN PROGRAM, 20 U.S.C. Sect. 1083.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** _____

CHECK YES only if demanded in complair
**JURY DEMAND:** ☐ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):    DOCKET NUMBER _____

DATE  2-14-01

Signature: M. H. Cersonsky

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 20 2001

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff | § | CIVIL ACTION B-01-031 |
| | § | (Claim: 20299/20366) |
| versus | § | |
| | § | |
| PAULA A. WYLIE, | § | |
| | § | |
| Defendant | § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue.* The defendant is a resident of Cameron County, Texas, and may be served with process at 525 E. Davis No. 303, Harlingen, Texas 78550.

3. *The Debt.* The debt owed the United States is:

   (1) <u>Claim 20299</u>:

   | | | | |
   | --- | --- | --- | --- |
   | A. | Current principal | $ | 2,809.04 |
   | B. | Current interest (capitalized and accrued) | $ | 1,010.92 |
   | C. | Administrative fees, costs, penalties | $ | 0.29 |
   | D. | Attorney's fees | $ | 550.00 |
   | E. | Balance due | $ | 4,370.25 |
   | F. | Prejudgment interest accrues at 5.00% per annum being $ 0.38 per day. | | |

-1-

(2) <u>Claim 20366</u>:

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 1,364.83 |
| B. | Current interest (capitalized and accrued) | $ | 289.29 |
| C. | Administrative fees, costs, penalties | $ | 0.13 |
| D. | Attorney's fees | $ | <u>250.00</u> |
| E. | Balance due | $ | 1,904.25 |
| F. | Prejudgment interest accrues at | | |
| | 4.00% per annum being $ 0.15 per day. | | |

TOTAL OWED (Claim 20299 + Claim 20366): $ <u>6,274.50</u>

The current principal in paragraph 3(1)A and 3(1)B is after credits of $ 1,333.85.

The certificates of indebtedness, attached as Exhibit A and B, show the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

4. *Failure to pay*. Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it.

5. *Prayer*. The United States prays for judgment for:

A. The sums in paragraph 3 plus pre-judgment interest through the date of judgment, administrative costs, and post-judgment interest.

B.  Attorney's fees; and,

C.  Other relief the court deems proper.

> Respectfully submitted,
>
> ALONSO, CERSONSKY & GARCÍA, P.C.
>
> By: _____
> M. H. Cersonsky
> Attorney in Charge
> State Bar: 04048500
> Southern District: 5082
> 5065 Westheimer, Suite 600
> Houston, Texas 77056
> Telephone: (713) 840-1492
> Fax: (713) 840-0038
>
> Attorneys for Plaintiff

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Paula A. Wylie
RR 1, Box 12
Santa Rosa, TX 78593
SSN: 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

I certify that Department of Education records show that the debtor named above is indebted to the United States in the amount stated below plus additional interest from 1/12/01.

On 8/26/82, the debtor executed promissory note(s) to secure loan(s) of $3,200.00 from Bethany Nazarene College at 5 percent interest per annum. The institution made the loan(s) under the Federally funded National Direct Student Loan, now Perkins Student Loan, programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087 aa et seq. (34 C.F.R Part 674). The institution demanded payment according to the terms of the notes, and the debtor defaulted on the obligation on 11/2/85. Due to this default, the institution assigned all rights and title to the Department of Education.

After the holder credited all cancellations due and payments received, the debtor owed the school $2,809.04 principal and interest in the amount of $335.96. This principal and interest together with any unpaid late charges and/or collection costs totaled $3,145.00. The loan was assigned to the Department on 1/31/90.

Since assignment of the loan, the Department has received a total of $899.87 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the debtor owes the United States the following:

| | |
|---|---|
| Principal: | $2,809.04 |
| Interest: | $1,010.92 |
| Fees/Costs: | $0.29 |
| Late Charges: | $0.00 |
| Total Debt as of 1/12/01: | $3,820.25 |

Interest accrues on the principal shown here at the rate of $0.38 per day.

Pursuant to 28 U.S.C. S 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 1/17/01   Name: Joan Dyer
                      Tittle: Loan Analyst
                      Branch: Litigation

Joan Dyer
Loan Analyst



# U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS

Paula A. Wylie
RR 1, Box 12
Santa Rosa, TX  78593
SSN: 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

I certify that Department of Education records show that the debtor named above is indebted to the United States in the amount stated below plus additional interest from 1/12/01.

On 8/31/81, the debtor executed promissory note(s) to secure loan(s) of $1,500.00 from Bethany Nazarene College at 4 percent interest per annum. The institution made the loan(s) under the Federally funded National Direct Student Loan, now Perkins Student Loan, programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087 aa et seq. (34 C.F.R Part 674). The institution demanded payment according to the terms of the notes, and the debtor defaulted on the obligation on 11/2/85. Due to this default, the institution assigned all rights and title to the Department of Education.

After the holder credited all cancellations due and payments received, the debtor owed the school $1,364.83 principal and interest in the amount of $68.25. This principal and interest together with any unpaid late charges and/or collection costs totaled $1,433.08. The loan was assigned to the Department on 1/31/90.

Since assignment of the loan, the Department has received a total of $433.98 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the debtor owes the United States the following:

| | |
|---|---|
| Principal: | $1,364.83 |
| Interest: | $289.29 |
| Fees/Costs: | $0.13 |
| Late Charges: | $0.00 |
| Total Debt as of 1/12/01: | $1,654.25 |

Interest accrues on the principal shown here at the rate of $0.15 per day.

Pursuant to 28 U.S.C. S 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 1/17/01   Name: Joan Dyer
Tittle: Loan Analyst
Branch: Litigation

Joan Dyer
Loan Analyst


PLAINTIFF'S EXHIBIT B

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern **DISTRICT OF** Texas

UNITED STATES OF AMERICA,

    Plaintiff

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-01-031

PAULA A. WYLIE,

    Defendant

TO: (Name and address of defendant)

Paula A. Wylie
525 E. Davis No. 303
Harlingen, Texas 78550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M.H. Cersonsky
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056

an answer to the complaint which is herewith served upon you, within **Twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

_(signature)_

(BY) DEPUTY CLERK

1-20-01

DATE