United States District Court
Southern District of Texas
FILED

MAR 16 2001

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-01-031 |
| | § | (Claim No.: 20299/20336 ) |
| PAULA A. WYLIE, | § | |
| | § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order of Conference and Disclosure of Interested Parties, the United States of America ("USA") files the following:

**Plaintiff**:
United States Department of Education
San Francisco Service Center
50 United Nations Plaza, Room 224
San Francisco, CA 94102

**Defendant**:
Paula A. Wylie
525 E. Davis No. 303
Harlingen, TX 78550

Respectfully submitted,

By: _____
M H. Cersonsky, TBA#04048500/SD#5082
Jim L. Garcia, TBA#07636700
5065 Westheimer, Suite No. 600
Houston, TX 77056
Tel: (713) 840-1492
Fax: (713) 840-0038
**Attorney for the United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the above and foregoing will be delivered by the Constable delivering the Original Complaint and Summons, on March 13, 2001, to:

Paula A. Wylie
525 E. Davis No. 303
Harlingen, TX 78550

_____
Jim L. García