5

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. B-01-031 |
| | § (Claim No. 20299/20336) |
| PAULA A. WYLIE, | § |
| Defendant | § |

## ORDER OF DISMISSAL

ON THIS DAY, came on to be heard Plaintiff's, USA's, Motion to dismiss claim against Paula A. Wylie without Prejudice to USA's right to refile same, and after due consideration, the Court notes that Plaintiff's attorneys announced that USA has been unsuccessful in locating and serving the Defendant, and that said Motion should be GRANTED.

It is therefore, ORDERED, that this case be dismissed without prejudice, with all costs of Court and fees assessed against the party incurring same.

SIGNED _April 18_____, 2001, at Brownsville, Texas.

_____
Hon. United States District Judge